UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                   CASE NO.: 13-40178-KKS

MICHAEL WARREN REED                      CHAPTER 7

    Debtor.
_____/

### NOTICE OF FILING AMENDED SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (TO CHANGE DOLLAR AMOUNTS)

Notice is hereby given of the Debtor's filing of his Amended Schedule F- Creditors Holding Unsecured Nonpriority Claims (Changing Dollar Amounts), as attached hereto, this 25th day of March, 2013.

/s/ Michael Warren Reed

/S/ Thomas B. Woodward
Thomas B. Woodward, Esq.
Thomas Woodward Law Firm, PLLC
Attorney for Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
(850) 222-4818
(850) 561-3456 [Fax]
woodylaw@embarqmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon Theresa Bender, Trustee by electronic filing this 25th day of March, 2013.

/S/ Thomas B. Woodward

B6F (Official Form 6F) (12/07)

In re  Michael Warren Reed                                     ,     Case No. __13-40178__
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dr. Ahmed Mohamad<br>412 West 19th Street<br>Panama City, FL 32405 | - | | medical | | | | 3,350.00 |
| Account No.<br><br>Dr. Skip Daube, M.D.<br>200 Doctors Drive<br>Panama City, FL 32405 | - | | medical | | | | 20,000.00 |
| Account No. NA<br><br>Keith Melnik<br>216 Pelican Way<br>Panama City, FL 32408 | - | | 3/19/2013<br>Vehicle accident<br>Low velocity [2 mph] in parking lot | | X | | 1,150.00 |
| Account No.<br><br>Michael McCormick, M.D.<br>2202 State Ave<br>Panama City, FL 32405 | - | | co-debtor contribution<br>**CORRECTION AS TO AMOUNT OWED** | | | | 16,785.00 |

__1__ continuation sheets attached

Subtotal
(Total of this page)  41,285.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Michael Warren Reed  
             Debtor

Case No. __13-40178__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None**<br><br>Myra A Reed | | - | UNK<br>Monies Owed<br>Regions Bank Judgment | X | | | 1,200,000.00 |
| Account No. **xx-x54DR**<br><br>Myra A. Reed<br>1814 thomas drive<br>Panama City, FL 32408 | | - | 02/2008<br>Judgment<br>Property Settlement Agreement | | | | 922,873.00 |
| Account No.<br><br>Steven Goodwiller, M.D.<br>402 West 19th Street<br>Panama City, FL 32405 | | - | co-debtor contribution<br>CORRECTION AS TO AMOUNT OWED | | | | 3,784.00 |
| Account No. **xxx1228**<br><br>Trustmark National Ban<br>248 E Capitol St<br>Jackson, MS 39201 | | - | Opened 12/14/06  Last Active  2/08/13<br>Mortgage<br>Potential Deficiency | X | | | 393,482.00 |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 2,520,139.00

Total (Report on Summary of Schedules): 2,561,424.00