**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

    MICHAEL WARREN REED,

                            CASE NO: 13-50202-KKS
        Debtor.
                               CHAPTER 7

_____

**CREDITOR MYRA REED'S NOTICE OF FILING EXHIBIT LIST**

    COMES NOW the Creditor, Myra Reed, by and through her undersigned attorneys, and, pursuant to the Federal and Local Rules of Bankruptcy Procedure, respectfully gives notice of the filing of her Exhibit List; and the corresponding Exhibits are attached hereto and made a part hereof.

    DATED this _22nd_ day of July, 2013.

                                  **BURKE BLUE**
                                  **HUTCHISON WALTERS & SMITH, P.A.**
                                  Attorneys for Myra Reed

                                  /s/ DOUGLAS L. SMITH
                                  DOUGLAS L. SMITH, ESQ.
                                  Florida Bar No. 0816140
                                  CLARK T. ROGERS, ESQ.
                                  Florida Bar No. 0093811
                                  221 McKenzie Avenue
                                  Post Office Box 70
                                  Panama City, Florida  32402
                                  (850) 769-1414
                                  Fax (850) 784-0857
                                  E-Mail:  dsmith@burkeblue.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing has been delivered via electronic mail or regular U.S. Mail to the following addressees through the ECF System:

| | |
|---|---|
| Thomas B Woodward, Esq.<br>Po Box 10058<br>Tallahassee, Fl 32301<br>Attorney for Michael W. Reed | United States Trustee<br>110 E. Park Avenue, Suite 128<br>Tallahassee, Fl 32301 |
| Theresa M. Bender, Esq.<br>Chapter 7 Trustee<br>P.O. Box 14557<br>Tallahassee, FL 32317 | Ronald A. Mowrey, Esq.<br>515 North Adams Street<br>Tallahassee, FL 32301 |

on the \_\_\_22nd\_\_\_ day of July, 2012.

    **BURKE BLUE**
    **HUTCHISON WALTERS & SMITH, P.A.**
    Attorneys for Myra Reed

    /s/ DOUGLAS L. SMITH
    DOUGLAS L. SMITH, ESQ.
    Florida Bar No. 0816140
    CLARK T. ROGERS, ESQ.
    Florida Bar No. 0093811
    221 McKenzie Avenue
    Post Office Box 70
    Panama City, Florida  32402
    (850) 769-1414
    Fax (850) 784-0857
    E-Mail: dsmith@burkeblue.com