Local Form #6 (Rev. 1/1/06)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF FLORIDA

IN RE:     MICHAEL WARREN REED   V.

**EXHIBIT LIST**

Case Number: 13-50202-KKS

| PRESIDING JUDGE<br>KAREN SPECIE | | | | | PLAINTIFF'S ATTORNEY DEBTOR<br>THOMAS WOODWARD | DEFENDANT'S ATTORNEY CREDITOR<br>DOUGLAS L. SMITH |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>7/25/2013 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| | 1 | | | | 2008 PARTIAL FINAL SUMMARY JUDGMENT OF DISSOLUTION OF MARRIAGE | |
| | 2 | | | | MAY 2012 SUPPLEMENTAL FINAL JUDGMENT IN FAVOR OF MYRA REED | |
| | 3 | | | | JANUARY 2013 VERIFIED RENEWAL MOTION FOR PROCEEDING SUPPLEMENTARY | |
| | 4 | | | | CONTRACT DATED 3/10/13 WITH CLOSING DATE 3/26/13 BETWEEN PM OF PC AND DEBTOR | |
| | 5 | | | | COPY OF ISABEL REED'S CHECK FOR $150,000 FOR CLOSING DATED 3/15/2013 | |
| | 6 | | | | 3/18/2013 PROCEEDING SUPPLEMENTARY EXAM TRANSCRIPT | |
| | 7 | | | | ORDER FOLLOWING PROCEEDING SUPPLEMENTARY EXAMINATION | |
| | 8 | | | | PRELIMINARY HUD FOR CLOSING | |
| | 9 | | | | CERTIFIED COPY OF MYRA REED'S MAY 2012 JUDGMENT FOR $922K | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages