UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITYDIVISION

IN RE:                                                                                              CASE NO:  13-50202PCY5

REED, MICHAEL WARREN                                                            CHAPTER 7

      Debtor (s).
_____/

REPORT AND NOTICE OF INTENTION
TO SELL (AT AUCTION) PROPERTY OF THE ESTATE

TO: Debtor(s), Creditors, and Parties in Interest:

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. THE TRUSTEE CANNOT GIVE LEGAL ADVICE.**

> **Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you objection to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Trustee, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL. 32317.**
>
>       **If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and may grant the relief requested.**

      NOTICE IS HEREBY GIVEN Theresa M. Bender, Trustee of the bankruptcy estate

of the above-named debtor(s) intends to sell the following property of the referenced

bankruptcy estate under the terms and conditions set forth below.

**TIME, PLACE AND DATE OF AUCTION: <u>10:00 O'CLOCK A.M, NOVEMBER 30, 2013 at 422 Julia St., Titusville, FL</u>**.    <u>(Contact Auctioneer at 321.267.8563 or visit auctioneer's website at http://www.soldfor for directions). See also: http://www.soldfor.com/Upcoming%20Auctions</u>

**INSPECTION DATE:**    Prior to Auction, see Auctioneer's website for details. 8:00 A.M. on Auction Day.

**1.    Description of Property:**    Blackstone Surgical Mesh System Royalties (Michael W. Reed BKC): Debtor was a surgeon who assisted in this product therefore getting royalties based on sales.  August 23, 2012 Orthofix Spinal Implants payment was $2,243.12. This was for April/May/June sales paid at 1.50% of sales. Orthofix acquired Blackstone Medical, Inc in 2006**.** Blackstone specialized in the design, development & marketing of spinal implant & related Biologics products and at that time was the largest privately held spine company.  Orthofix was founded in 1980. Please see Reed pdf file on auctioneer's website.

**2.    Manner of Sale:**    Public Auction by Cliff Shuler Auctioneers and Liquidators, Inc. 422 Julia St., Titusville, FL., http://www.soldfor.com, 321.267.8563. http://www.bankruptcysales.com.

**3.    Terms of Sale**:    Subject to all liens and encumbrances; cash only at auction; property to be sold AS IS, WHERE IS, no warranties express or implied. Trustee has relied upon the Debtor's schedules and testimony at Creditor's Meeting regarding condition and encumbrances, if any. SALE IS ABSOLUTE. ANY LIENS OF RECORD WILL ATTACH TO NET AUCTION PROCEEDS (AFTER ADMINISTRATIVE FEES AND EXPENSES ARE PAID), AND SUBJECT TO DISTRIBUTION UPON COURT ORDER.

(a) To:    General public.
(b) Sale Price:    **Highest bidder(s) for cash due on Auction Day.**

**4.    Lienors (if any):**    As scheduled and testified by Debtor. Trustee has no knowledge of any liens or encumbrances. This sale is subject to any scheduled liens as set forth above, and any such liens shall retain the secured interest in the auction proceeds held by the estate.

/s/  Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317

PH:  (850) 205-7777
Fl. Bar # 0749486

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell (at Auction) Property of the Estate has been furnished by Electronic Mail/U.S. mail or Facsimile to: Cliff Shuler, 422 Julia St., Titusville, FL 32796,; Charles F. Edwards, Esquire, U. S. Trustee, 110 East Park Ave, Suite 128, Tallahassee, FL 32301; and all persons on the Court's mailing matrix as found on PACER for this case.

Dated: 11/4/13                           /s/ Theresa M. Bender

```
Label Matrix for local noticing      Florida Dept. of Labor/Employment Security   Florida Dept. of Revenue
1129-5                                c/o Florida Dept. of Revenue                 Bankruptcy Unit
Case 13-50202-KKS                     P.O. Box 6668                                P.O. Box 6668
Northern District of Florida          Tallahassee, FL 32314-6668                   Tallahassee, FL 32314-6668
Panama City
Mon Nov  4 13:21:37 EST 2013

Internal Revenue Service              Secretary of the Treasury                    Trustmark National Bank
P.O. Box 7346                         U.S. Treasury Department                     c/o Barron and Redding, P. A.
Philadelphia, PA 19101-7346           15th & Pennsylvania Ave.                     Attn: Roland W. Kiehn, Esq.
                                      Washington, DC 20220-0001                    P O Box 2467
                                                                                   Panama City, FL 32402-2467


U.S. Attorney (Tallahassee Office)    (p)U S SECURITIES AND EXCHANGE COMMISSION    United States Trustee
111 N. Adams Street                   ATLANTA REG OFFICE AND REORG                 110 E. Park Avenue
Fourth Floor                          950 E PACES FERRY RD NE STE 900               Suite 128
Tallahassee, FL 32301-7736            ATLANTA GA 30326-1382                        Tallahassee, FL 32301-7728


Douglas L. Smith, Esq                 Dr. Ahmed Mohamad                            Dr. Skip Daube, M.D.
Burke Blue Hutchison Walters Smith, PA 412 West 19th Street                        200 Doctors Drive
221 McKenzie Ave                      Panama City, FL 32405-4602                   Panama City, FL 32405-4559
Panama City, FL 32401-3128


Michael McCormick, M.D.               Myra A Reed                                  Ronald A. Mowrey
2202 State Ave                        1814 Thomas Dr.                              515 North Adams Street
Panama City, FL 32405-4590            Panama City, FL 32408-5825                   Tallahassee, Florida 32301-1111


Samuel Adams, Esquire                 State of Florida - Department of Revenue     Steven E. Goodwiller
P O Box 191                           Post Office Box 6668                         c/o Holly K. Melzer, Esq.
Panama City, FL 32402-0191            Tallahassee, FL 32314-6668                   Barron & Redding, PA
                                                                                   P.O. Box 2467
                                                                                   Panama City, FL 32402-2467

Steven Goodwiller, M.D.               Trustmark                                    Trustmark National Ban
402 West 19th Street                  PO Box 1182                                  248 E Capitol St
Panama City, FL 32405-4602            Jackson, MS 39215-1182                       Jackson, MS 39201-2582


Trustmark National Bank               Cliff Shuler                                 Michael Warren Reed
c/o Roland W. Kiehn, Esq.             Cliff Shuler, Auctioneers & Liquidators      P O Box 459
P.O. Box 2467                         422 Julia St.                                Panama City, FL 32402-0459
Panama City, FL 32402-2467            Titusville, FL 32796-3523


Myra Ruth Reed                        Ronald A. Mowrey                             Steven E. Goodwiller
3664 Perserve Road                    Mowrey Law Firm, P.A.                        c/o Holly K. Melzer, Esq.
Panama City, FL 32408-7140            515 North Adams Street                       P.O. Box 2467
                                      Tallahassee, FL 32301-1111                   Panama City, FL 32402-2467


Theresa M. Bender                     Thomas B. Woodward
P.O. Box 14557                        Thomas B. Woodward, Atty.
Tallahassee, FL 32317-4557            P.O. Box 10058
                                      Tallahassee, FL 32302-2058
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Myra A. Reed
1814 thomas drive
Panama City, FL 32408-5825

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29